**Dismissed and Memorandum Opinion filed July 9, 2015.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-14-00993-CV

**SAMUEL JOSEPH JACKSON, Appellant**

**V.**

**PAUL HOUSTON LAVALLE, Appellee**

**On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2014-17352**

## M E M O R A N D U M     O P I N I O N

This appeal is from a judgment signed November 14, 2014. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On May 28, 2015, this court ordered appellant to pay or make arrangements to pay for the record and provide this court with proof of payment on or before

June 12, 2015. Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, McCally and Donovan.